UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OSMAN S. COUEY

                    INDEX NO.16CV7157(VSB)

             PLAINTIFF,      NOTICE OF SUBSTITUTION
vs.                                       OF COUNSEL

THE CITY OF NEW YORK,
ET AL.,
             DEFENDANTS.

---

**PLEASE TAKE NOTICE** that the undersigned counsel from the law firm of Stecklow Thompson hereby appears as counsel for Defendant National Action Network in the place and stead of Michael A. Hardy in the above captioned action. The undersigned consent to the substitution and certify that this substitution shall not unduly delay the proceedings in this matter.

Dated: New York, New York
         June 23, 2017

MICHAEL A. HARDY
*Former Attorney for Defendant*
National Action Network

By: _____
    Michael A. Hardy
    106 W. 145th Street
    New York, NY 10039
    (212) 690 3070

Dated: New York, New York
         June 23, 2017

STECKLOW THOMPSON
*Substituted Attorneys for Defendant*
National Action Network

By: _____
    Wylie M. Stecklow
    David Thompson
    217 Centre Street, 6th Floor
    New York, NY 10013
    (212) 566 8000

NATIONAL ACTION NETWORK

By: _____
    Julia Nunez
    Controller & HR