```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
OSMAN S. COUEY,                                             :
                                                            :
                                    Plaintiff,              :
                                                            :          16-CV-7157 (VSB)
                 - against -                                :
                                                            :                ORDER
THE CITY OF NEW YORK, et al.,                               :
                                                            :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/2017

VERNON S. BRODERICK, United States District Judge:

Plaintiff, proceeding pro se, filed this action on September 13, 2016. (Doc. 1.) Certain Defendants submitted pre-motion letters regarding their respective motions to dismiss, (Docs. 4, 8), and I directed Plaintiff to submit a response to each pre-motion letter, (Docs. 5, 10). Plaintiff, however, failed to submit his response by the deadlines set forth in my orders. On July 27, 2017, I issued an order reminding Plaintiff to submit the required response to pre-motion letters and scheduling a pre-motion conference on August 24, 2017 to discuss the motions. (Doc. 13.) Plaintiff failed to submit a response to any pre-motion letter and failed to appear at the August 24 pre-motion conference. At the August 24 pre-motion conference, Defendants made an oral motion to dismiss the complaint under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

In light of Plaintiff's pro se status, for the reasons set forth on the record at the August 24 conference, and to provide Plaintiff with another opportunity to prosecute his claims, I held in abeyance Defendants' motion to dismiss pursuant to Rule 41(b). Accordingly, it is hereby

ORDERED that Plaintiff shall submit his response to the pre-motion letters on or before September 25, 2017.  If Plaintiff fails to respond or contact my chambers to request more time, absent extraordinary circumstances, the action will be dismissed for failure to prosecute.

The Clerk of the Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff.

SO ORDERED.

Dated: August 26, 2017
      New York, New York

Vernon S. Broderick
United States District Judge