

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Matthew J. Connahan**
Assistant Corporation Counsel
phone: (212) 356-4078
fax: (212) 356-2089
email: mconnaha@law.nyc.gov

September 7, 2017

**VIA ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Couey v. New York City Department of Education, et al.*
               16 Civ. 7157 (VSB)

Dear Judge Broderick:

        I am the Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, assigned to defend this action on behalf of defendants City of New York ("City"), New York City Department of Education ("DOE"), DOE Chancellor Carmen Fariña, and City Mayor Bill de Blasio (collectively "Municipal Defendants"). Pursuant to the pre-motion conference held before Your Honor on August 24, 2017, Municipal Defendants write to update the Court regarding plaintiff's employment status.

        DOE previously brought disciplinary charges against plaintiff seeking his termination. After a hearing held pursuant to N.Y. Education Law § 3020-a, the hearing officer sustained charges against plaintiff and, by decision dated July 25, 2017, terminated plaintiff from DOE employment. Further, plaintiff's last home address known to DOE is the same address used throughout the pendency of this action: 206 West 148th Street, Apt. 6F, New York, NY 10039.

                                                Respectfully submitted,

                                                /s/
                                        Matthew J. Connahan
                                        Assistant Corporation Counsel

cc: Plaintiff *Pro Se*
(Via ECF and Mail)

David A. Thompson, Esq.
Stecklow & Thompson
Attorney for National Action Network
(Via ECF)

Robert Mijuca, Esq.
Rubenstein & Rynecki, Esqs.
Attorney for Chantel Phinazee
(Via ECF)